IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STORED VALUE SOLUTIONS, INC., :
:
      Plaintiff, :
:
v. : Civil Action No. 09-495-JJF-LPS
:
CARD ACTIVATION TECHNOLOGIES, :
INC., :
:
      Defendant. :

**ORDER**

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 61) dated April 28, 2010, concerning Claim Construction;

WHEREAS, the Report and Recommendation provided construction for the terms disputed by the parties;

WHEREAS, Defendant Card Activation Technologies, Inc., filed an objection to Judge Stark's Report and Recommendation (D.I. 62);

WHEREAS, the Court concludes that Judge Stark's Report and Recommendation should be adopted for the reasons stated by Judge Stark in his Recommendation (D.I. 61);

NOW THEREFORE, IT IS HEREBY ORDERED that Judge Stark's Report and Recommendation (D.I. 61) is **ADOPTED** and the disputed terms are constructed as suggested in the Report and Recommendation.

June 3, 2010
   DATE

                                       UNITED STATES DISTRICT COURT