IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STORED VALUE SOLUTIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 09-495-KAJ |
| CARD ACTIVATION TECHNOLOGIES, INC., | : | |
| Defendant. | : | |

## MEMORANDUM ORDER

1. The parties in this matter have submitted summary judgment motions for validity and invalidity. A report and recommendation on claim construction of nine disputed terms, including "debit purchase transaction," was issued on April 28, 2010, and adopted on June 3, 2010. In their briefs in support of their respective motions, the parties disagree over the meaning of "purchase transaction" in the previously defined term, specifically in relation to claims 5, 16, 24, and 35 of the '859 patent at issue in this case.

2. Because resolution of that issue may affect the disposition of the pending motions for summary judgment, it will be helpful for the parties to state their positions on the meaning of the term "purchase transaction" as used in claims 1, 10, 20, and 29 in relation to claims 5, 16, 24, and 35, including whether, in connection with the use of a debit styled card, the terms encompasses transactions in which a customer returns a product or voids a purchase.

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Each party shall submit a letter memorandum setting forth its position by Friday, March 4, 2011. The letter shall not exceed ten (10) double-spaced pages in 12-point font, however, declarations and exhibits shall not count against the page limit.

2. Each party may submit a letter memorandum in reply by Wednesday, March 9, 2011. The letter shall not exceed seven (7) double-spaced pages in 12-point font, however, declarations and exhibits shall not count against the page limit.

_____
CIRCUIT JUDGE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
(By designation)

Dated: February 28, 2011
Wilmington, Delaware